DEAN A. OLSON / SBN: 126155
GEORGES A. HADDAD / SBN: 241785
**CLARK HILL, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorney for Defendants,
RANU BROS TRANSPORT, INC., GURWINDER SINGHRANA,
and WHITE ARROW LOGISTICS, INC

ROBERT A. BUCCOLA / SBN: 112880
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorney for Plaintiff,
YELENA KALINOVSKAYA

ELIOT M. REINER / SBN: 142239
**ELIOT REINER, APLC**
701 Howe Ave A2
Sacramento, CA 95825
Telephone: (916) 778-3228
Facsimile: (916) 929-6554

Attorney for Plaintiff,
SERGET KALINOVSKIY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA KALINOVSKAYA, et al. | Case No.: 2:17−CV−01863−KJM−KJN |
| Plaintiffs, | **ORDER TO REMAND** |
| v. | |
| RANU BROS TRANSPORT, INC., et al., | |
| Defendants. | |

/ / /

/ / /

---

-1-

**[PROPOSED] ORDER TO REMAND**
**2:17−CV−01863−KJM−KJN**

1     Having reviewed the STIPULATION TO REMAND signed by the parties who have appeared in this action, the Court remands Case No.: 2:17−CV−01863−KJM−KJN to the Superior Court in and for the County of Sacramento.

    IT IS SO ORDERED.

DATED: September 26, 2017.

_____
UNITED STATES DISTRICT JUDGE